**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

December 2, 2015

Hon. Adolfo E. Cordova
Attorney at Law
711 N. Sam Houston
San Benito, TX 78586
* DELIVERED VIA E-MAIL *

Hon. Jerome A. Styrsky
Attorney at Law
111 N. Houston St.
Fort Worth, TX 76102-2003
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-15-00549-CV
Tr.Ct.No.
Style:    In Re Christina Mares, Guardian of the Person and Estate of Emanual Olvera,
       an Incapacitated Person

     RPI's motion for extension of time to file response in the above cause was this day GRANTED by this Court. The time has been extended to 12/15/2015.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch